FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

2020 NOV 17  PM 4: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

EURICH Z. GRIFFIN III

CASE NO. 8:20cr343 T24 JSS

18 U.S.C. § 371
26 U.S.C. § 7206(2)

SEALED

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
## (Conspiracy)

### A. Introduction

At times material to this Indictment:

1.      The Internal Revenue Service ("IRS") was an agency of the U.S. Department of the Treasury (the "Treasury Department") responsible for administering the tax laws of the United States, including the ascertainment, computation, assessment, and collection of federal income taxes.

2.      Defendant EURICH Z. GRIFFIN III resided in St. Petersburg, Florida, which is within the Middle District of Florida. GRIFFIN posed as a tax preparer and "consultant." GRIFFIN's resume stated that he was a "self-taught" tax professional with over 13 years of study regarding tax law, debt collection laws, illegal bank foreclosure practices, and banking to include

personal IRS collection issues, tax preparation, and representation of tax clients before the IRS.

3.      GRIFFIN offered tax-preparation and consulting services to clients through multiple unincorporated businesses, including "EZ Consulting" and the "Temple of Awareness," which operated in the Middle District of Florida and elsewhere. GRIFFIN used these businesses to recruit clients, including via social media.

4.      According to publicly available information from Facebook, GRIFFIN claimed that the Temple of Awareness—sometimes referred to as the "TEMPLE"—"offer[ed] a unique range of services including Health and Wellness, Tax Preparation and Representation and Consulting[.]" On Facebook, GRIFFIN also advertised that, he had been "self-taught in the areas of tax law, [and] banking/monetary matters" since 2000. Regarding the Temple of Awareness, the following description was posted on Facebook:

> [The] IRS services offered by the TEMPLE involve dealing with any kind of personal IRS issues, including collection actions pertaining to IRS liens, levy's and wage garnishments or services provided for prevention of the IRS from issuing any of the latter on any tax payer. Consultations are on a private basis and involve education of our monetary/banking system, the real and true nature of money and what it really is, versus what it really isn't[.]

5.      After recruiting clients, GRIFFIN and his conspirators, including I.B. and Y.F., prepared and submitted the clients' tax returns, meaning IRS Forms 1040 U.S. Individual Income Tax Returns and 1040X U.S. Amended Individual Income Tax Returns (collectively, the "IRS Forms 1040"). In

exchange for such tax-preparation services, GRIFFIN and his conspirators collected fees or "donations" from the clients.

6.    GRIFFIN did not have an IRS-assigned Electronic Filing Identification Number ("EFIN") or a Preparer Tax Identification Number ("PTIN"). Accordingly, GRIFFIN filed clients' IRS Forms 1040 in person at an IRS Taxpayer Assistance Center in St. Petersburg, Florida, which is within the Middle District of Florida. At the IRS Taxpayer Assistance Center, GRIFFIN submitted physical copies of the clients' IRS Forms 1040, which, upon receipt, were stamped by IRS personnel with the date and the location of filing.

### B.  The Conspiratorial Agreement

7.    From in or about mid-2013, and continuing through in or about November 2018, in the Middle District of Florida and elsewhere, the defendant,

### EURICH Z. GRIFFIN III

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury to defraud the United States out of money and property and by impeding, impairing, obstructing, and defeating, through dishonest and deceitful means, the lawful functions of the IRS of the Treasury Department in the ascertainment, computation, assessment, and collection of federal income taxes.

### C. The Manner and Means of the Conspiracy

8.      The manner and means by which the defendant and his conspirators sought to accomplish the object of the conspiracy included, among others, the following:

a.      It was part of the conspiracy that the conspirators would and did offer tax-preparation services for a fee, including through GRIFFIN's unincorporated businesses "EZ Consulting" and the "Temple of Awareness."

b.      It was further a part of the conspiracy that the conspirators would and did recruit and attempt to recruit clients, who were typically debt distressed, at seminars or via social media.

c.      It was further a part of the conspiracy that GRIFFIN and his conspirators would and did prepare bogus IRS Forms 1099-MISC, Miscellaneous Income, which falsely reported fictitious amounts of federal income tax purportedly withheld by the clients' mortgage lenders. The fictitious amounts of federal income tax withheld on the Forms 1099-MISC were substantially larger than the clients' stated income.

d.      It was further a part of the conspiracy that GRIFFIN and his conspirators would and did present copies of the bogus IRS Forms 1099-MISC to the clients, financial institutions, and/or the IRS to make it appear as though the purported payers listed on the forms had actually filed them with the IRS.

4

e.      It was further a part of the conspiracy that GRIFFIN and his conspirators would and did include the fictitious amounts of federal income tax withheld from the bogus IRS Forms 1099-MISC, which the conspirators had created, on the clients' IRS Forms 1040.

f.      It was further a part of the conspiracy that, by including the fictitious amounts of federal income tax withheld from the bogus IRS Forms 1099-MISC, the conspirators could and did request, or cause to be requested, large refunds to which the clients were not actually entitled.

g.      It was further a part of the conspiracy that the conspirators would and did aid and assist, procure, counsel, and advise regarding the preparation and/or presentation of the clients' IRS Forms 1040 that were false and fraudulent as to material matters, including as identified in paragraph 8(c)–(f).

h.      It was further a part of the conspiracy that the conspirators collected fees or "donations" from the clients for tax-preparation services in relation to the preparation and/or presentation of the false and fraudulent IRS Forms 1040.

i.      It was further a part of the conspiracy that GRIFFIN and his conspirators faxed and mailed correspondence to the IRS to obstruct collection actions and/or to investigate tax matters.

j.      It was further a part of the conspiracy that one or more of the conspirators would and did participate in meetings, perform various acts,

5

and make statements to accomplish the object of the conspiracy and to conceal the conspiracy.

### D. Overt Acts

9.    In furtherance of the conspiracy and to effect its object, the following overt acts, among others, were committed by the conspirators in the Middle District of Florida, and elsewhere:

a.    On or about March 21, 2015, conspirator I.B. sent GRIFFIN an email with the subject line, "[L.L.] DOCUMENTS FOR FILING, PLEASE FWD," attaching electronic copies of IRS forms that were prefilled for client L.L.

b.    On or about March 22, 2015, GRIFFIN forwarded the prefilled IRS forms to client L.L., directing her in part as follows: "after you sign and date the two copies it speaks of in the directions, you can mail me the documents to my PO Box and I can file it for you locally at one of my IRS offices. That way I can get you a date stamp on those from my IRS OFFICE. Then we will send to [your mortgage lender] and the punk a** law firm they are dealing with on your account."

c.    In or around March 2015, GRIFFIN directed client L.L. to send him her tax documents for 2014, including her W-2—meaning her 2014 IRS Form W-2, Wage and Tax Statement ("Form W-2")—and a list of deductions. As directed, L.L. emailed GRIFFIN the Form W-2 from her

employer along with a list of charitable deductions totaling $394 for "22 books
to goodwill --- $264.00" and "13 stuffed animals --- $130.00."

        d.     On or about March 24, 2015, GRIFFIN sent conspirator
Y.F. a copy of client L.L.'s Form W-2 and her $394 in deductions, stating in
part as follows: "This is 2014 Income info for [L.L. for] whom I will be
dropping some $$ in your account for either tomorrow or the next day. Please
let me know you got this. I'm doing $250 within the next day or two."

        e.     On or about April 2, 2015, conspirator Y.F. emailed
GRIFFIN a copy of client L.L.'s prepared 2014 IRS Form 1040, which
GRIFFIN then forwarded to L.L. directing: "Pls look this over and call me
later..."

        f.     On or about April 14, 2015, GRIFFIN filed a false and
fraudulent 2014 IRS Form 1040 for client L.L. that included a fictitious
amount of federal income tax withheld ($579,311, Line 64) based on a bogus
IRS Form 1099-MISC, resulting in a requested refund of $252,056 (Line 76a).

        g.     In or around October 2015, in the section labeled "Paid
Preparer Use Only" of client R.F.'s 2014 IRS Form 1040, GRIFFIN signed as
"Eurich Z. Griffin III" using the preparer's name "EZ Consulting" with the
stated location of St. Petersburg, Florida.

h.      On or about November 17, 2015, GRIFFIN filed client R.F.'s 2014 IRS Form 1040, which was false and fraudulent as it included a fictitious amount of federal income tax withheld ($160,000, Line 64) based on a bogus IRS Form 1099-MISC, resulting in a requested refund of $56,547 (Line 76a).

i.      On or about December 14, 2015, GRIFFIN emailed conspirator Y.F. stating "attached is the 1099MISC for [the client R.S.]...her 2014 tax return I already sent to you ... I paid you for this person on NOVEMBER 9...so this filing by you will be done on a 1040X for (2014)."

j.      On or about February 27, 2016, GRIFFIN emailed client R.S. in regards to her 2014 IRS Form 1040X and directed her as follows: "please sign and date the 1040X WHICH IS TWO PAGES...YOU WILL SEND ME ALL THIS SH*T TO FILE FOR YOU. PLEASE MAKE A COPY OF THE DOCS SO YOU WILL MAIL ME TWO SETS OF DOCS, THE ORIGINAL SET AND A SIGNED COPY SET FOR ME TO GET DATE STAMPED FOR YOU AND FILED LOCALLY AT MY IRS OFFICE."

k.      On or about March 11, 2016, GRIFFIN filed the signed false and fraudulent 2014 IRS Form 1040X for client R.S. that included a fictitious amount of federal income tax withheld ($660,670, Line 12C) from bogus IRS Forms 1099-MISC, resulting in a requested refund of $465,224 (Line 22).

l.     On or about September 18, 2018, GRIFFIN faxed notices to IRS revenue officers to cease and desist collection actions related to false and fraudulent IRS Forms 1040 that the conspirators had filed; and

m.     On or about October 23, 2018, GRIFFIN faxed a notice to a federal law-enforcement agent with the IRS – Criminal Investigation to cease and desist his efforts to investigate the conspirators' preparation of false and fraudulent IRS Forms 1040 and 1099-MISC.

All in violation of 18 U.S.C. § 371.

## COUNTS TWO THROUGH FOUR
### (Aiding and assisting fraud and false statements)

1.     The Grand Jury realleges and incorporates by reference the paragraphs contained in Section A of Count One of this Indictment as though fully set forth herein.

2.     On or about the date specified in the below table as to each count listed, in the Middle District of Florida, the defendant,

### EURICH Z. GRIFFIN III,

did willfully aid and assist in, and procure, counsel, and advise in the preparation and presentation to the IRS of IRS Forms 1040 for the taxpayers and tax years hereinafter specified. The IRS Forms 1040 were false and fraudulent as to material matters, in that they represented that the taxpayers (i) had large amounts of federal income tax withheld as purportedly reported by mortgage lenders on IRS Forms 1099-MISC, and (ii) were entitled to

payments of refunds of taxes in the amounts set forth below, whereas, as GRIFFIN then and there well knew and believed, the amounts of federal income tax withheld on the IRS Forms 1099-MISC were fictitious and the taxpayers were not entitled to the requested refunds.

| Count | Client | On or about Filing Date | Tax Year | Approx. Federal Income Tax Withheld | Approx. Refund Claimed |
|-------|--------|------------------------|----------|-------------------------------------|------------------------|
| TWO | L.L. | 4/14/2015 | 2014 | $579,311 (Line 64) | $252,056 (Line 76a) |
| THREE | R.F. | 11/17/2015 | 2014 | $160,000 (Line 64) | $56,547 (Line 76a) |
| FOUR | R.S. | 3/11/2016 | 2014 | $660,670 (Line 12C) | $465,224 (Line 22) |

In violation of 26 U.S.C. § 7206(2).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:
Kristen A. Fiore
Assistant United States Attorney

By:
Jay G. Trezevant
Assistant United States Attorney
Chief, Economic Crimes Section

10

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

EURICH Z. GRIFFIN III

## INDICTMENT

Violations:    18 U.S.C. § 371
26 U.S.C. § 7206(2)

A true bill,

*[signature]*

Foreperson

Filed in open court this 17th day of November 2020.

_____

Clerk

Bail $_____

GPO 863 525