UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:20-cr-343-SCB-MRM

EURICH Z. GRIFFIN, III
_____/

# **O R D E R**

THIS CAUSE comes before the Court for consideration of Defendant Eurich Z. Griffin, III's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which is construed as a motion for leave to proceed on appeal *in forma pauperis* under 28 U.S.C. § 1915 and Rule 24(a) of the Federal Rules of Appellate Procedure. (Doc. 138). Defendant's motion was referred for consideration to United States Magistrate Judge Mac R. McCoy.

The Magistrate Judge has filed his report recommending that the motion for leave to proceed on appeal *in forma pauperis* be denied without prejudice. (Doc. 139). The Magistrate Judge found that Defendant satisfied the first requirement to proceed *in forma pauperis* on appeal because he was previously found to be unable to obtain an adequate defense in a criminal case, but he failed to satisfy the second requirement because he did not demonstrate the appeal the was taken in good faith.

1

(*Id*., p. 4). In particular, the Magistrate Judge found that Defendant failed to make that showing because neither his notice of appeal (Doc. 137) nor construed motion (Doc. 138) specified the basis of the appeal, which was particularly problematic because in his plea agreement Defendant waived his right to appeal his sentence except as to specific grounds. (Doc. 139, pp. 4-6). The Magistrate Judge, therefore, concluded that Defendant's construed motion should be denied without prejudice to afford Defendant another opportunity to show that his appeal is taken in good faith. (*Id.*, p. 6).

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation (Doc. 139), and upon this Court's independent examination of the file, it is determined that the Report and Recommendation of the Magistrate Judge recommending that Defendant's construed motion should be denied without prejudice is due to be adopted.

      **ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** that

(1)    The Magistrate Judge's Report and Recommendation (Doc. 139) is adopted and incorporated by reference in this Order of the Court; and

(2) Defendant's construed motion for leave to proceed on appeal *in forma pauperis* (Doc. 138) is **DENIED without prejudice**.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of August 2022.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

*Copies to:*
The Honorable Mac R. McCoy
*Pro se* Defendant Eurich Z. Griffin, III
Counsel of Record